UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDGAR AGUILAR,

          Plaintiff,

    v.

NAPA COUNTY, et al.,

          Defendants.

Case No. 25-cv-02161-PCP

**ORDER GRANTING THIRD EXTENSION OF TIME**

Re: Dkt. No. 15

The Court dismissed Mr. Aguilar's original complaint with leave to amend. Dkt. No. 10. Mr. Aguilar now moves for a third extension of time in which to amend his complaint. Dkt. No. 15. Mr. Aguilar's request for a third extension of time is GRANTED.

Mr. Aguilar may file a FIRST AMENDED COMPLAINT by **June 19, 2026**. The first amended complaint must include the caption and civil case number used in this order (CV 25-2161-PCP (PR)) and the words FIRST AMENDED COMPLAINT on the first page. If Mr. Aguilar files a first amended complaint, he must allege facts that demonstrate he is entitled to relief on every claim. An amended complaint supersedes the original complaint. *See London v. Coopers & Lybrand*, 644 F.2d 811, 814 (9th Cir. 1981) ("[A] plaintiff waives all causes of action alleged in the original complaint which are not alleged in the amended complaint."); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1262–63 (9th Cir. 1992) (where an amended complaint did not name all the defendants to an action, they were no longer defendants).

Requests for an extension of time must be filed before the deadline has passed.

It is Mr. Aguilar's responsibility to prosecute this case. Mr. Aguilar must keep the Court informed of any change of address by filing a separate paper with the Clerk headed "Notice of Change of Address," and must comply with the Court's orders in a timely fashion. Failure to do so

United States District Court
Northern District of California

United States District Court
Northern District of California

will result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: April 17, 2026

P. Casey Pitts
United States District Judge

2