FILED

SEP 09 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AUGUST 27, 2026
OFFICE OF THE CLERK
U.S. DISTRICT COURT
N.D. OF CALIFORNIA
286 SOUTH FIRST ST., ROOM 2112
SAN JOSE, CA 95113

RE: AGUILAR V. NAPA COUNTY, ET AL.,
5:25-CV-02161-PCP; CHANGE OF ADDRESS

CLERK OF THE COURT,

I WRITE TO INFORM THE COURT THAT I HAVE MOVED FACILITIES. I AM CURRENTLY HOUSED IN SAN QUENTIN REHABILITATION CENTER PENDING POSSIBLE TRANSFER TO ANOTHER FACILITY. MY CURRENT ADDRESS IS AS FOLLOWS:

EDGAR AGUILAR #G-64805
SQRC
A-2 #52
1 MAIN ST.
SAN QUENTIN, CA 94964

AS SOON AS I HAVE ANOTHER MAILING ADDRESS I WILL MAKE SURE TO NOTIFY THIS COURT.

RESPECTFULLY,

Edgar Aguilar

EDGAR AGUILAR #[illegible]
SQRC
A-2 #53
1 MAIN ST.
SAN QUENTIN, CA 94964

SAN FRANCISCO CA 941
PM
3 SEP




CONFIDENTIAL:
LEGAL MAIL

OFFICE OF THE CLERK
U.S. DISTRICT COURT
N.D. OF CALIFORNIA
286 SOUTH FIRST ST., ROOM 2112
SAN JOSE, CA 95113

95113$3001 C060

8-27-2026
A. REYES CB
# 81780

RECEIVED

SEP 09 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022