FILED
SEP 15 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEPTEMBER 5, 2026
OFFICE OF THE CLERK
U.S. DISTRICT COURT
N.D. OF CALIFORNIA
286 SOUTH FIRST ST., ROOM 2112
SAN JOSE, CA 95113

RE: CHANGE OF ADDRESS; D.C. NO. 5:25-CV-02161-PCP

CLERK,

I WRITE TO INFORM THE COURT THAT I MOVED FACILITIES ONCE MORE. MY CURRENT ADDRESS IS AS FOLLOWS:

EDGAR AGUILAR #A0874201703
MESA VERDE
D-DORM #38U
425 GOLDEN STATE AVE.
BAKERSFIELD, CA 93301

AS SOON AS I HAVE ANOTHER MAILING ADDRESS I WILL MAKE SURE TO NOTIFY THIS COURT.

RESPECTFULLY SUBMITTED,

Edgar Aguilar