EDGAR AGUILAR #AJ8741 29703
MESA VERDE
D-DORM #38U
425 GOLDEN ~~G~~ STATE AVE.
BAKERSFIELD, CA 93301

LEGAL MAIL

SANTA CLARITA CA 913
11 SEP 2026 PM 3 L

quadient
FIRST-CLASS MAIL
IMI
$000.78º
09/09/2026 ZIP 93301
043M31276223
US POSTAGE

078

RECEIVED
SEP 15 2026
CH
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
U.S. DISTRICT COURT
N.D. OF CALIFORNIA
280 SOUTH FIRST ST., ROOM 2112
SAN JOSE, CA 95113

95113$3008